Raffi Kassabian (SBN 260358)
Email: raffi@bezdikkassab.com
Sareen Bezdikian (SBN 229165)
Email: sareen@bezdikkassab.com
**BEZDIK KASSAB LAW GROUP**
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101
Telephone: (626) 499-6998
Facsimile: (626) 499-6993

KRIS DEMIRJIAN, Esq. SBN 252767
**DEMIRJIAN LAW FIRM**
15915 Ventura Blvd., Suite 301
Encino, CA 91436
Telephone: (818) 275-0099
Facsimile: (310) 946-0339
Kris@kdemlaw.com

Attorneys for Plaintiffs
IT'S MY SEAT, INC. and VAHE SHAHINIAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY SEAT, INC., a California Corporation; VAHE SHAHINIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD CAPITAL LLC, a Limited Liability Company; BRYAN STEIN aka BORIS SHTEYNGART, an Individual; CRAIG WALTERS, an Individual; KEVIN WOODLEY, an Individual; EIN CAP, INC., a New York Corporation; CRAIG LESZCZAK, an Individual; RUSSELL NAFTALI, an Individual; GENE SLAVIN, an | Case No.: 2:20-CV-06378-ODW (AFMx)<br><br>[Hon. Judge Otis D. Wright, II<br>Mag. Judge Alexander F. MacKinnon]<br><br>**JOINT STIPULATION TO DISMISS BRYAN STEIN AKA BORIS SHTEYNGART, HARTFORD CAPITAL LLC, CRAIG WALTERS AND CRAIG LESZCZAK WITH PREJUDICE** |

Individual; and DOES 1 through 100, inclusive,

Defendant.

Plaintiffs It's My Seat, Inc. and Vahe Shahinian on the one hand (collectively, "Plaintiffs") and Defendants Bryan Stein aka Boris Shteyngart ("Stein"), Hartford Capital, LLC ("Hartford"), Craig Walters ("Walters") and Craig Leszczak ("Leszczak") on the other, (Plaintiffs, Stein, Hartford, Walters and Leszczak shall collectively be referred to as the "Parties"), by and through their respective counsel of record, jointly submit the following Stipulation to dismiss Stein, Hartford, Walters and Leszcak with prejudice from the underlying action.

## **RECITALS**

1. WHEREAS, in the interest of peace and resolution, the Parties have entered into a settlement agreement.

2. WHEREAS, Stein is the only remaining defendant who is a party in this action.

3. WHEREAS, on November 30, 2020, this Court dismissed, with the exception of Stein, all defendants in this action, including Hartford and Walters, without prejudice. [Dkt # 23]

4. WHEREAS, on September 13, 2022, in the related action, *It's My Seat, Inc. et al. v. Hartford Capital LLC et al.*, case number 2:22-cv-02192-ODW-AFM (the "Related Action"), Plaintiffs filed a notice of appeal in the Ninth Circuit Court of Appeals from the Court's order dated August 17, 2022

-2-
**JOINT STIPULATION TO DISMISS TO DISMISS BRYAN STEIN AKA BORIS SHTEYNGART, HARTFORD CAPITAL LLC, CRAIG WALTERS AND CRAIG LESZCZAK WITH PREJUDICE**

granting in part and denying in part Hartford's motion to dismiss the complaint and denying as moot defendants EIN Cap, Inc., Kevin Woodley, Russel Naftali and Gene Slavin's (collectively, "EIN Defendants") motion to dismiss the complaint (the "August 17, 2022 Order").

5. WHEREAS, in light of the settlement, the Parties respectfully request that the Court dismiss Stein, Hartford, Walters and Leszczak from this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party is to bear his/its own fees and costs.

6. WHEREAS, Plaintiffs do not dismiss with prejudice any of the other named defendants in this action, and further, specifically reserve their right and will continue to pursue their appeal from the August 17, 2022 Order as to the EIN Defendants in the Related Action

IT IS SO STIPULATED.

DATED: October 7, 2022     **BEZDIK KASSAB LAW GROUP**

_/s/ Raffi Kassabian_

Raffi Kassabian
Sareen Bezdikian
Attorneys for Plaintiffs

DATED: October 7, 2022     **GLASS AND GOLDBERG**

_/s/ Marshall Goldberg_

Marshall Goldberg
Attorneys for Defendant Bryan Stein aka Boris Shteyngart

DATED: October 7, 2022     **LAW OFFICES OF DANIEL B. SPITZER**

*/s/ Daniel B. Spitzer*

Daniel B. Spitzer
Attorneys for Defendants Hartford Capital LLC, Craig Walters and Craig Leszczak

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2022     **BEZDIK KASSAB LAW GROUP**

By: */s/ Raffi Kassabian*
 Raffi Kassabian
 Attorneys for Plaintiffs